UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80347-CIV-DIMITROULEAS/ROSENBAUM

KIM Y. SIMPSON ROBINSON,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## ORDER

This matter comes before the Court upon Defendant Michael J. Astrue's Second Motion for Enlargement of Time [D.E. 16]. In this Motion, Defendant asserts that he has not yet been provided with the administrative transcript by the Court Case Preparation and Review Branch newly designated to prepare the transcript. *Id.* at 1. Consequently, Defendant seeks an additional 30 days in which to file his Answer and a certified copy of the transcript of the record. *Id.*

Defendant indicates that before filing his Motion, he attempted to contact Plaintiff's counsel for the purpose of ascertaining Plaintiff's position with respect to Defendant's Motion. *Id.* Defendant, however, was unable to reach a live person at Plaintiff's counsel's office. *Id.* The Court has likewise attempted to reach Plaintiff's counsel to determine Plaintiff's position with regard to Defendant's Motion and has been unable to do so. As the Court is aware that people frequently take vacations at this time of year, the Court will not order an immediate response.

Rather, it is hereby **ORDERED and ADJUDGED** that Plaintiff shall file a response to

Defendant's Second Motion for Enlargement of Time by no later than **Tuesday, January 6, 2009, at 5:00 p.m.**

    **DONE AND ORDERED** this 30th day of December, 2008.

                                                            /s/ Robin S. Rosenbaum
                                                           ROBIN S. ROSENBAUM
                                                           UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William P. Dimitrouleas
        Counsel of Record